# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| LaCARRIE BYER,<br>*Plaintiff*<br>v.<br>PERIODONTAL HEALTH SPECIALISTS OF ROCHESTER, PLLC, ROXANNE LOWENGUTH, DDS, MARY ANN LESTER, DMD, THOMAS ZAHAVI, DMD, and DENTAL DIVAS, LLC,<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 17-cv-6412 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Defendants' motion for summary judgment is granted. The remaining pending motions are denied as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William K. Sessions III on a motion for summary judgment in favor of the defendants'.

Date: 05/07/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*